[No. 25995-8-II.  Division Two.  February 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS ALAN MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-1-00433-0, Stephanie A. Arend, J., entered May 5, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 26183-9-II.  Division Two.  February 8, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LAWRENCE COWGILL, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 00-1-00192-1, Don L. McCulloch, J., entered July 6, 2000. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong, C.J., and Bridgewater, J.

[No. 26399-8-II.  Division Two.  February 8, 2002.]

ROBERT D. LYBYER, ET AL., *Appellants*, v. GRAYS HARBOR PUBLIC UTILITY DISTRICT NO. 1, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 98-2-01534-5, F. Mark McCauley, J., entered July 10, 2000. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Seinfeld, J.

[No. 26529-0-II.  Division Two.  February 8, 2002.]

CITIZENS FOR KAPOWSIN AIRPORT SAFETY, *Respondent*, v. PIERCE COUNTY, *Defendant*, GEOFFREY FARRINGTON, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-06592-8, Frederick B. Hayes, J., entered September 8, 2000. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, C.J., and Bridgewater, J.